The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.





Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) CHAPTER 13 |
| TIMOTHY JOHN MINOR & LISA NICOLE MINOR, | ) |
| | ) CASE NO. 10-64446 |
| | ) |
| | ) JUDGE RUSS KENDIG |
| Debtors. | ) |
| | ) **MEMORANDUM OF OPINION** |
| | ) **(NOT FOR PUBLICATION)** |
| | ) |

The court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b) and the general order of reference entered in this district on July 16, 1984. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O).

This opinion is not intended for publication or citation. The availability of this opinion, in electronic or printed form, is not the result of a direct submission by the Court.

On June 7, 2011, Priscilla Schnittke, debtors' attorney, ("Schnittke") filed an application for attorney fees. On June 10, 2011, the chapter 13 trustee Toby L. Rosen ("trustee") filed a response. The response states that the proposed attorney fees exceed the court's "no look" amount pursuant to Administrative Order 08-05.

A hearing on the application was held on July 6, 2011. At hearing, Schnittke explained that work outside the scope of services included in the "no look" fee was required because of issues related to an IRS claim related to cancellation of debt. At the close of the hearing, the court stated that it would review the application and issue a decision.

The court has reviewed the application and finds that the additional compensation requested is reasonable. The "no look" fee in this case is $2,250, which is calculated by adding the base fee of $1,500, a case termination fee of $500 and a $250 extended committment fee. As such, the requested fee of $2,362.50 exceeds the "no look" fee by only $112.50. The court believes that debtors' counsel has done at least some additional work in this case. Accordingly, the trustee's objection in overruled and the application for compensation is granted.

An order will issue with this opinion.

\#    \#    \#

Service List:

Timothy John Minor
815 32nd Street NW
Massillon, OH 44647

Lisa Nicole Minor
815 32nd Street NW
Massillon, OH 44647

Toby L Rosen
400 W Tuscarawas St
Charter One Bank Bldg
4th Floor
Canton, OH 44702

Priscilla Schnittke
Knevel & Associates Co LPA
National City Bank Bldg - Suite 519
629 Euclid Avenue
Cleveland, OH 44114